# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DERRICK EVANS, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:10-CV-1490 CAS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion for reconsideration. Movant argues that when the Court dismissed this action as time-barred the Court failed to take into account the 90-day period allowable for filing a petition for writ of certiorari. Movant is incorrect. The Court expressly took that period into account. As a result, the motion is meritless.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration is **DENIED**. [Doc. 6]

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 9th day of December, 2010.